IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHANDERELLER FELDER,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>HOLLOWAY CREDIT SOLUTIONS, )<br>LLC,  )<br>  )<br>   Defendant.  )  | CIVIL ACTION NO.<br>2:22cv203-MHT<br>(WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. 35), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of February, 2023.

                             /s/ Myron H. Thompson  
                             UNITED STATES DISTRICT JUDGE